UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL SCOTT A. SPELLMON, Commanding General, Army Corps of Engineers; WYNN COGGINS, Acting Head of Commerce; and NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | Civil Action No. 2:21-cv-00275<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, I, the undersigned counsel of record for Plaintiff, certify that to the best of my knowledge and belief, the Center for Biological Diversity (1) has no parent corporation or publicly held corporation owning more than 10 percent of its stock; (2) has no member or owner in a joint venture or limited liability corporation (LLC); (3) has no partners in a partnership or limited liability partnership (LLP); and (4) has no corporate member.

PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT
Civil Action No. 2:21-cv-00275                    1

CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th St. #146; Seattle, WA 9811
(206) 327-2344

Respectfully submitted this 4th day of March, 2021,

                                               <u>By: *s/ Sophia N. Ressler*</u>

                                               Sophia N. Ressler (WA Bar No. 48406)
                                               CENTER FOR BIOLOGICAL DIVERSITY
                                               2400 NW 80th Street, #146
                                               Seattle, WA 98117
                                               Phone: (206) 900-7953
                                               sressler@biologicaldiversity.org

                                               *Attorney for Plaintiff*

PLAINTIFF'S CORPORATE                                            CENTER FOR BIOLOGICAL DIVERSITY
DISCLOSURE STATEMENT                                        2400 NW 80th St. #146; Seattle, WA 9811
Civil Action No. 2:21-cv-00275                  2                               (206) 327-2344