UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, SCOTT A SPELLMON, Lieutenant General, Commanding General, Army Corps of Engineers, GINA RAIMONDO, Secretary of Department of Commerce, NATIONAL MARINE FISHERIES SERVICE,<br><br>    Federal Defendants,<br><br> and<br><br>PORT OF SEATTLE,<br><br>    Defendant-Intervenor. | CASE NO. 2:21-cv-00275 RAJ-BAT<br><br>**BRIEFING SCHEDULE** |

Based on the Parties' Joint Status Report (Dkt. 22), the Court enters the following briefing deadlines:

1. **September 1, 2021** – Plaintiff shall notify Defendant of objections to the administrative record and the Parties shall work to resolve the objections without Court intervention. If the Parties are unable to resolve the objections, Plaintiff may file a motion as set forth in Paragraph 2 below.

BRIEFING SCHEDULE - 1

2. **September 21, 2021** – Plaintiff's deadline to file a motion to complete and/or supplement the administrative record, admit extra-record evidence, and/or request judicial notice. The filing of such a motion shall have the effect of vacating the summary judgment briefing schedule set forth in this Order. The Parties shall meet and confer and file a new proposed summary judgment schedule **within 14 days** of the Court's resolution of Plaintiff's motion.

3. **October 8, 2021** – Plaintiff's deadline to file a motion for summary judgment not to exceed 30 pages in length.

4. **November 5, 2021** – Defendants' deadline to file a combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment not to exceed 35 pages in length.

5. **November 5, 2021** – Defendant-Intervenor's deadline to file a combined opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment not to exceed 35 pages in length.

6. **December 10, 2021** – Plaintiff's deadline to file its combined opposition to Defendants' and Defendant-Intervenor's cross-motions for summary judgment and reply in support of its motion for summary judgment not to exceed 35 pages in length.

7. **January 7, 2022** – Defendants and Defendant-Intervenor's deadline to file replies in support of their cross-motions for summary judgment not to exceed 20 pages in length.

8. The Parties may seek an adjustment in the page limitations as necessary pursuant to LCR 7(f) of the Local Rules of this District.

DATED this 8th day of July, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge